IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA, )
                          )
    v.                    ) Criminal No. 06-237
                          )
CHRISTOPHER FEKOS and     )
JOSEPH HOWCROFT,          )
    Defendants.           )

ORDER

AND NOW this 30th day of August, 2006, pursuant to 28 U.S.C. §455, I hereby recuse myself from the above-captioned matter and direct the Clerk of Court to reassign the case to another judge.

BY THE COURT:

_____, J.

cc: all parties of record